09-1454-cv
Spinale v. United States Department of
Agriculture

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 32.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)." A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED ON ANY PARTY NOT REPRESENTED BY COUNSEL UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV/). IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11th day of December, two thousand nine.

PRESENT:
> PIERRE N. LEVAL,
> PETER W. HALL,
> GERARD E. LYNCH,
> > *Circuit Judges*.

_____

Anthony Spinale, Chain Trucking, Inc., Mr. Sprout, Inc., Countrywide Produce,

>*Plaintiffs-Appellants*,


v.                                                                        09-1454-cv

United States Department of Agriculture,

>*Defendant-Appellee*.

_____

1

FOR APPELLANT:                    LINDA STRUMPF; South Salem, NY.

FOR APPELLEE:                     PREET BHARARA; United States Attorney for the Southern
                                  District of New York; (Carolina A. Fornos, Elizabeth
                                  Wolstein, Assistant United States Attorneys, *Of Counsel*);
                                  New York, N.Y.

Appeal from a judgment of the United States District Court for the Southern District of New York (McMahon, J.).

**UPON DUE CONSIDERATION IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court be **AFFIRMED.**

Plaintiff-Appellants appeal from the district court's April 2, 2009 order dismissing their claims of defamation; deprivation of inspection rights under the Agricultural Marketing Act of 1946, 7 U.S.C. § 1621 *et seq.*, in violation of 42 U.S.C. § 1983; and retaliation based on Anthony Spinale's exercise of his First Amendment Rights. The district court dismissed the complaint for a lack of subject matter jurisdiction based on sovereign immunity and a failure to state a claim. We assume the parties' familiarity with the facts, procedural history, and specification of issues on appeal.

After reviewing the issues on appeal and the record of proceedings below, we affirm for substantially the same reasons articulated by the district court in its thoughtful and well-reasoned order and opinion.

Accordingly, the judgment of the district court is **AFFIRMED.**

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk


By:_____

2